FILED

FEB 26 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OREGON CATTLEMEN'S ASSOCIATION, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; et al., <br><br> Defendants-Appellees, <br><br> COLUMBIA RIVERKEEPER, <br><br> Intervenor-Defendant-Appellant. | No. 19-35792 <br><br> D.C. No. 3:19-cv-00564-AC <br> District of Oregon, <br> Portland <br><br> ORDER |

Before: CANBY, GOULD, and WATFORD, Circuit Judges.

Appellant's motion to dismiss this appeal as moot (Docket Entry No. 16) is granted. *See United States v. Tanoue*, 94 F.3d 1342, 1344 (9th Cir. 1996) ("[A]n appeal must be dismissed as moot if an event occurs while the appeal is pending that makes it impossible for the appellate court to grant any effective relief whatever to the prevailing party." (internal quotation marks and citations omitted)).

We remand to the district court with instructions to vacate the July 26, 2019 preliminary injunction. *See United States v. Munsingwear, Inc.*, 340 U.S. 36, 39 (1950).

**DISMISSED.**