IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**OREGON CATTLEMEN'S ASSOCIATION,**

        Plaintiff,

v.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**; et al.,

        Defendants.

Case No. 3:19-cv-00564-AC

OPINION AND ORDER

**MOSMAN, J.,**

In accordance with the Ninth Circuit's recent order in this case [ECF 80], the preliminary injunction I ordered on July 26, 2019, [ECF 58] is VACATED.

IT IS SO ORDERED.

DATED this 2d day of March, 2020.

_____
MICHAEL W. MOSMAN
United States District Judge

1 - OPINION AND ORDER